# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THEODORE O'DELL WILSON,<br><br>  Petitioner,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER,<br>Governor, et al.,<br><br>  Respondents. | No. CV 09-05296-MMM (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  December 21, 2010

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE